IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>         Plaintiff,                             )<br>                                                          )<br>     v.                                              )<br>                                                          )<br> JOSEPH JOHN BELTRAN,         )<br>                                                          )<br>         Defendant.                        )<br> _____ ) | No.    CR  92-0363 EXE-1<br><br>**ORDER GRANTING UNITED STATES' MOTION TO DISMISS** |

Before the Court is the United States' motion, filed June 9, 2008, to dismiss the instant action as moot in light of the defendant's death.  Based on the materials submitted with the motion, specifically, the Report of Death of an American Citizen Abroad issued by the U.S. Department of State, the Court finds that the defendant in this matter has died.  Accordingly, the United States' motion is hereby GRANTED and the action is DISMISSED.

**IT IS SO ORDERED.**

DATED:  June 9, 2008

_____
MAXINE M. CHESNEY
United States District Judge